# Court of Appeals
# of the State of Georgia

ATLANTA,⎯⎯May 22, 2013⎯⎯⎯

*The Court of Appeals hereby passes the following order:*

**A13I0221. CHARLES VICTOR WALLACE v. THE STATE.**

Laurens County Superior Court Judge Jon Helton denied Charles Wallace's motion to suppress. Wallace then obtained a certificate of immediate review, signed by Dublin Judicial Circuit Judge Donald Gillis, and filed this application for interlocutory appeal. We lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may apply for interlocutory appellate review "[w]here *the trial judge* in rendering an order, decision, or judgment not otherwise subject to direct appeal . . . certifies within ten days of entry thereof that the order, decision, or judgment is of such importance to the case that immediate review should be had . . ." (Emphasis supplied.) The plain language of the statute requires that the same judge who enters the order in question must certify it for immediate review. *Mauer v. Parker Fibernet, LLC*, 306 Ga. App. 160, 162 (701 SE2d 599) (2010).[1]

Because the certificate of immediate review submitted by Wallace was signed by a judge other than the trial judge, it is invalid and does not confer jurisdiction upon this Court to consider this application for interlocutory appeal. The application is therefore DISMISSED.

---

[1] This court has recognized a limited exception to this rule where evidence shows that the trial judge was unavailable to execute the certificate. See *Freemon v. Dubroca*, 177 Ga. App. 745 (1) (341 SE2d 276) (1986); *Tingle v. Harvill*, 125 Ga. App. 312, 317-318 (2) (187 SE2d 536) (1972); see also *Thorpe v. Russell*, 274 Ga. 781, 781-782 (559 SE2d 432) (2002). Wallace, however, has made no showing that Judge Helton was unavailable.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 05/22/2013
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*